ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Allard Nazarian Group, Inc. dba | ) | ASBCA Nos.  62412, 62413, 62414 |
| Granite State Manufacturing | ) | |
| | ) | |
| Under Contract Nos.  N65540-00-D-0005 | ) | |
| N65540-00-D-0045 | ) | |
| N65540-04-D-0020 | ) | |

APPEARANCE FOR THE APPELLANT:     C. Peter Dungan, Esq.
                                  Miles & Stockbridge P.C.
                                  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
                                   DCMA Chief Trial Attorney
                                  Debra E. Berg, Esq.
                                  Ryan S. Johnstone, Esq.
                                   Trial Attorneys
                                   Defense Contract Management Agency
                                   Hanscom AFB, MA

ORDER OF PARTIAL DISMISSAL

By Notice of Appeal dated February 21, 2020, appellant appealed a contracting officer's final decision (COFD) issued November 27, 2019, which asserted a government claim in the amount of $745,827.67 for allegedly unallowable costs in Fiscal Year (FY) 2001 through 2006. Appellant subsequently appealed two additional COFDs which asserted government claims for allegedly unallowable costs in FY 2007 through 2009, and 2010 through 2014. The three appeals were assigned the following ASBCA docket numbers:

| ASBCA No. | Claim |
|---|---|
| 62412 | FY 2001-2006 |
| 62413 | FY 2007-2009 |
| 62414 | FY 2010-2014 |

The Board consolidated the three appeals. ASBCA No. 62412 was designated as the central appeal file. Each of the appeal files, however, retained its individual

docket number. On July 8, 2020, the parties submitted a joint motion for partial dismissal requesting the Board to dismiss, with prejudice, Appeal No. 62412 pursuant to a settlement agreement entered into by the parties on June 29, 2020, which resolved all claims associated with Appeal No. 62412.

Accordingly, the Board hereby dismisses ASBCA No. 62412 with prejudice. ASBCA Nos. 62413 and 62414 remain pending before the Board. ASBCA No. 62413 is designated as the central appeal file.

Dated: July 15, 2020

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Partial Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62412, 62413, 62414, Appeals of Allard Nazarian Group, Inc. dba Granite State Manufacturing, rendered in conformance with the Board's Charter.

Dated: July 20, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals